FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2022

No. 04-22-00110-CV

**IN THE INTEREST OF M.V., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00756
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

On May 17, 2022, appellee filed a supplemental brief and a motion for leave to file the supplemental brief. We **GRANT** appellee's motion and deem the supplemental brief timely filed.

It is so on **ORDERED** May 19, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT